## ENVIRONMENTAL SAFETY CONSULTANTS, INC., Appellant,

v.

## H.T. JOHNSON, Acting Secretary of the Navy, Appellee.

No. 03–1486.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 20, 2003.

### ORDER

Order Vacated, See 2003 WL 22129079.

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## David A. ATKINS, Claimant–Appellant,

v.

## Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 03–7163.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 20, 2003.

### ON MOTION

### *ORDER*

Upon consideration of David A. Atkins unopposed motion to voluntarily dismiss his appeal.*

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

* Atkins asks the court to provide him with an official complaint form to file a complaint against a Court of Appeals for Veterans Claims judge. Any such request should be directed to that court.